NEAL M. COHEN (SBN 184978) [nmc@viplawgroup.com]
JAMES K. SAKAGUCHI (SBN 181010) [jks@viplawgroup.com]
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, California 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for Defendants:
    Propack Processing & Packaging Systems, Inc.;
    Chris Follows;
    ConAgra Foods, Inc.; and
    Hearthside Food Solutions, LLC

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUBOTINCIC, ET AL, | Case No. SACV 13-0066-AG(PJWx) |
|       Plaintiffs, | Consolidated with: |
|       vs. | |
| PROPACK, ET AL, | |
|       Defendants. | |
| SUBOTINCIC, ET AL, | Case No. EDCV 13-0757-AG(PJWx) |
|       Plaintiffs, | |
|       vs. | |
| CONAGRA, ET AL, | AND |
|       Defendants. | |
| SUBOTINCIC, ET AL, | Case No. CV 13-4655-AG(PJWx) |
|       Plaintiffs, | |
|       vs. | |
| HEARTHSIDE, ET AL, | ~~**PROPOSED**~~ **ORDER TO ENTER STANDING** |
|       Defendants. | **PROTECTIVE ORDER** |

THIS DOCUMENT RELATES TO:
ALL Actions

1

1    The parties to this action have agreed to this Court's
2  Standing Protective Order titled "HONORABLE ANDREW J. GUILFORD
3  STANDING PROTECTIVE ORDER" posted on this Court's website, which
4  Order was posted after the commencement of this action.

5    Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

6

7    This Court's Standing Protective Order titled "HONORABLE
   ANDREW J. GUILFORD STANDING PROTECTIVE ORDER" posted on this
8  Court's website, is hereby entered.

9

10

11 **IT IS SO ORDERED**

12 Dated: February 27, 2014

   _____
13                                 Hon. Patrick J. Walsh
                                   United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2